UNITED STATES BANKRUPTCY COURT  Form D to Appendix IX
FOR THE DISTRICT OF RHODE ISLAND
------------------------------------------------------ x
In re: Anthony DeCrescenzo, Jr. and
     Mary Lynn DeCrescenzo    :
                                     :    BK No. 1:11-bk-10423
                                     :    Chapter 13
                Debtor(s)   :
------------------------------------------------------ x

## PROPOSED LOAN MODIFICATION AGREEMENT

Now comes the debtor(s), Anthony DeCrescenzo, Jr. and Mary Lynn DeCrescenzo and Creditor, BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP, in the above-reference matter and propose a loan modification agreement regarding the debtor's property located at: 218 Riverside Drive, East Providence, Rhode Island, summarized as follows:

| **Current Terms** | | **Proposed Modified Terms** | |
|---|---|---|---|
| Current UPB | $773,275.14 | Modified UPB (Interest Bearing portion) | $445,000.00 |
| Current Maturity Date | 06/01/2036 | Modified Mortgage Term | 06/01/2036 |
| Current Interest Rate | 7.5% | Interest Rate | 2.0% effective with the 5/1/2011 payment; 3.0% effective with the 5/1/2016 payment and 4.0% effective with the 5/1/2017 payment |
| Current Payment Due Date | 04/01/2009 | Post Modification Due Date | 05/01/2011 |
| Current P & I | $3,984.38 | Post Modification P & I | $1,876.52 |
| Current Payment Amount | $3,984.38 | Estimated Modified Payment Amount | $2,778.79 effective 5/1/2011 |
| Amount Capitalizing | $135,775.32 | Contribution Required | $0.00 |

The terms as set forth in actual agreement signed by the parties shall control.

| | |
|---|---|
| Signature of Debtor/Attorney | Signature of Creditor/Attorney |
| /s/ John B. Ennis | /s/ Jeffrey J. Hardiman |
| JOHN B. ENNIS, ESQ. | JEFFREY J. HARDIMAN, ESQ. |
| Date: April 14, 2011 | Date: April 14, 2011 |